IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
AT TOLEDO

| | | |
|---|---|---|
| Ashton Shaffer, | : | Case No: 3:21-cv-1849 |
| | : | |
| Plaintiff, | : | Judge: |
| | : | |
| v. | : | |
| | : | |
| Halsted Financial Services, LLC, et al. | : | JOINT NOTICE OF REMOVAL |
| | : | |
| Defendants. | : | |
| | : | |

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, all Defendants hereby remove the above-captioned action from the Paulding County Court of Common Pleas to the United States District Court, for the Northern District of Ohio on the following grounds:

1. Plaintiff filed this action in the Paulding County Court of Common Pleas, Case No. CI21-119, on August 30, 2021.

2. Plaintiff's Complaint (attached hereto as Exhibit A) attempts to allege a claim under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*.

3. On or after September 7, 2021, a copy of the Summons and Complaint was served on Defendant Halsted Financial Services, LLC (summons attached hereto as exhibit B).

4. All Defendants consent to removal of this case to this Court.

5. This Court has federal question jurisdiction over this case pursuant to 28 U.S.C. § 1331 because the Complaint is based on alleged violations of Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*.

PLEASE TAKE NOTICE that Defendants will file a copy of this Notice with the Clerk of the Court for the Paulding County Court of Common Pleas pursuant to 28 U.S.C. § 1446(d).

Respectfully submitted,

/s/Boyd W. Gentry
Boyd W. Gentry (0071057)
Zachary P. Elliott (0090057)
Law Office of Boyd W. Gentry, LLC
4031 Colonel Glenn Highway, First Floor
Beavercreek, OH 45431
Tel. (937) 839-2881
Fax (800) 839-5843
bgentry@boydgentrylaw.com
zelliott@boydgentrylaw.com
*Counsel for All Defendants*

## Certificate of Service

I certify that the foregoing has been served by the Court's CM/ECF service to all counsel of record on September 29, 2021, and via email to Plaintiff's counsel Michael Portnoy at hawkport@aol.com, and U.S. Mail to Michael Portnoy, 7024 Cloister Road, Toledo, Ohio 43617 on September 29, 2021.

/s/Boyd W. Gentry
Boyd W. Gentry (0071057)