IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ashton Shaffer,

Case No. 3:21 CV 1849

Plaintiff,

JUDGMENT ENTRY

-vs-

JUDGE JACK ZOUHARY

Halsted Financial Services, LLC, et al.,

Defendants.

In accordance with the accompanying Order (Doc. 17), this Court adopts the Report and Recommendation (Doc. 14) in its entirety. The Objections (Doc. 15) are overruled. The Motion to Compel Arbitration (Doc. 10) is granted. The Complaint (Doc. 1-1) is dismissed.

IT IS SO ORDERED.

s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

February 9, 2022